# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEGRAND, LEGRAND FRANCE,<br>BTICINO SPA, AND LEGRAND SNC,<br><br>　　　　　Defendants. | The Honorable Rodney Gilstrap<br><br>Case No.:  2:21-cv-00201-JRG<br>　　　(Lead Case)<br>Case No.:  2:21-cv-00202-JRG<br>　　　(Lead Case) |
| STINGRAY IP SOLUTIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC. and AMAZON.COM<br>SERVICES LLC,<br><br>　　　　　Defendants. | Case No.:  2:21-cv-00193-JRG<br>　　　(Member Case)<br>Case No.:  2:21-cv-00194-JRG<br>　　　(Member Case) |

## NOTICE OF COMPLIANCE OF DEFENDANTS AMAZON.COM, INC. AND AMAZON.COM SERVICES, LLC

　　Defendants Amazon.com, Inc. and Amazon.com Services LLC hereby notify the Court that they have served their Initial Disclosures on counsel for Plaintiff via electronic mail on October 20, 2021.

Dated:  October 20, 2021    Respectfully submitted,

By:  */s/Geoffrey R. Miller*
J. David Hadden
CA Bar No. 176148 (Admitted E.D. Tex.)
Email: dhadden@fenwick.com
Saina S. Shamilov
CA Bar No. 215636 (Admitted E.D. Tex.)
Email: sshamilov@fenwick.com
Ravi R. Ranganath
CA Bar No. 272981 (Admitted E.D. Tex.)
Email: rranganath@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Geoffrey R. Miller
(Texas State Bar No. 24094847)
Email:  gmiller@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, Suite 14
New York, NY  10010
Telephone:  212.430.2600
Facsimile:  650.938.5200

Min Wu
CA Bar No. 307512 (Admitted E.D. Tex.)
Email:  min.wu@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.281.1350
Facsimile:  415.281.1350

Deron R. Dacus
(Texas State Bar No. 00790553)
Email:  ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323. Suite 430
Tyler, TX  75701
Telephone:  903.705.1117
Facsimile:  903.581.2543

*Counsel for Defendants*
AMAZON.COM, INC., AND
AMAZON.COM SERVICES LLC,

2

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 20, 2021.

*/s/ Geoffrey R. Miller*
Geoffrey R. Miller
