# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| STINGRAY IP SOLUTIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | JURY TRIAL DEMANDED |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-cv-201-JRG |
| | § | (Lead Case: 2:21-cv-195-JRG) |
| SOMFY SA and SOMFY ACTIVITÉS SA, | § | |
| | § | |
| Defendants. | § | CIVIL ACTION NO. 2:21-cv-202-JRG |
| | § | (Lead Case: 2:21-cv-196-JRG) |
| | § | |
| | § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Stingray IP Solutions, LLC and Defendants Somfy SA and Somfy Activités SA (collectively, the "Parties") respectfully submit this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties respectfully inform the Court as follows:

The Parties have reached a settlement in principle of all matters in controversy, pending documentation, and request that the Court stay all deadlines in the above-captioned cases as related to the Parties for thirty (30) days.

Dated: October 29, 2021                              Respectfully submitted,

/s/Melissa R. Smith_____                     /s/Jeffrey R. Bragalone_____
Melissa R. Smith                                     Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 24001351                               Texas Bar No. 02855775
GILLAM SMITH LLP                                     Terry A. Saad
303 South Washing Avenue                             Texas Bar No. 24066015
Marshall, Texas 75670                                Marcus Benavides
Tel: 903.934.8450                                    Texas Bar No. 24035574
Fax: 903.934.9257                                    Hunter S. Palmer
melissa@gillamsmithlaw.com                           Texas Bar No. 24080748
                                                     **BRAGALONE OLEJKO SAAD PC**
Michael R. Casey                                     2200 Ross Avenue
*Admitted Pro Hac Vice*                              Suite 4600W
Tia D. Fenton                                        Dallas, TX 75201
*Admitted Pro Hac Vice*                              Tel: (214) 785-6670
OBLON, McCLELLAND, MAIER &                           Fax: (214) 785-6680
    NEUSTADT, LLP                                    jbragalone@bosfirm.com
1940 Duke Street                                     tsaad@bosfirm.com
Alexandria, Virginia 22314                           mbenavides@bosfirm.com
Tel: 703.413.3000                                    hpalmer@bosfirm.com
Fax: 703.413.2220
mcasey@oblon.com                                     Wesley Hill
tfenton@oblon.com                                    Texas Bar No. 24032294
                                                     **WARD, SMITH, & HILL, PLLC**
                                                     P.O. Bos 1231
*Attorneys for Defendants*                           Longview, TX 75606
*Somfy S.A. and Somfy Activités S.A.*                Tel: (903) 757-6400
                                                     Fax: (903) 757-2323
                                                     wh@wsfirm.com

                                                     **ATTORNEYS FOR PLAINTIFF
                                                     STINGRAY IP SOLUTIONS, LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I certify that counsel for Plaintiff conferred with counsel for Defendants on October 29, 2021, via e-mail and, as reflected in the body of the Motion, the Parties agree to the form and substance of the Motion, the Motion is unopposed, and the parties jointly submit it to the Court.

/s/  *Jeffrey R. Bragalone*
Jeffrey R. Bragalone

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 29, 2021

/s/  *Jeffrey R. Bragalone*
Jeffrey R. Bragalone
