# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LEGRAND, LEGRAND FRANCE, BTICINO SPA, AND LEGRAND SNC,<br><br>    Defendants. | The Honorable Rodney Gilstrap<br><br>Case No.:  2:21-cv-00201-JRG<br>            (Lead Case)<br>Case No.:  2:21-cv-00202-JRG<br>            (Lead Case) |
| STINGRAY IP SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC, RING LLC, EERO LLC, AND IMMEDIA SEMICONDUCTOR LLC,<br><br>    Defendants. | Case No.:  2:21-cv-00193-JRG<br>            (Member Case)<br>Case No.:  2:21-cv-00194-JRG<br>            (Member Case) |

## AMAZON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO EXCHANGE TERMS AND ELEMENTS FOR CLAIM CONSTRUCTION

Defendants Amazon.com, Inc. and Amazon Services LLC (collectively, "Amazon") hereby moves the Court to extend the deadline for the parties to exchange proposed terms and claim elements for construction pursuant to P.R. 4-1.  Amazon seeks to extend the deadline from November 23, 2021 to **November 29, 2021**.  The parties have met and conferred, and Plaintiff Stingray IP Solutions, LLC does not oppose this motion.

The extension is not requested for the purpose of delay, but to avoid conflict with the upcoming holiday and to allow Amazon and Stingray adequate time to comply with P.R. 4-1.  No other deadlines will be affected by this proposed extension.

November 23, 2021                                  Respectfully submitted,

                                                  By:   */s/ Geoffrey R. Miller*
                                                        J. David Hadden
                                                        CA Bar No. 176148 (Admitted E.D. Tex.)
Email: dhadden@fenwick.com
Saina S. Shamilov
CA Bar No. 215636 (Admitted E.D. Tex.)
Email: sshamilov@fenwick.com
Ravi R. Ranganath
CA Bar No. 272981 (Admitted E.D. Tex.)
Email: rranganath@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Geoffrey R. Miller
(Texas State Bar No. 24094847)
Email:  gmiller@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, Suite 14
New York, NY  10010
Telephone:  212.430.2600
Facsimile:  650.938.5200

Min Wu
CA Bar No. 307512 (Admitted E.D. Tex.)
Email:  min.wu@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.281.1350
Facsimile:  415.281.1350

Deron R. Dacus
(Texas State Bar No. 00790553)
Email:  ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323. Suite 430
Tyler, TX  75701
Telephone:  903.705.1117
Facsimile:  903.581.2543

*Counsel for Defendants*
AMAZON.COM, INC., AND
AMAZON.COM SERVICES LLC,

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 23, 2021.

/s/ *Geoffrey R. Miller*
Geoffrey R. Miller

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant has complied with L.R. 7(h) regarding this motion. On November 19, 2021, counsel for Defendant explained its position and the basis for its requested deadline extension in an email to counsel for Plaintiff. On November 22, 2021, counsel for Plaintiff responded by email that Plaintiff does not oppose extending the deadline to comply with P.R. 4-1 to November 29, 2021.

*/s/ Geoffrey R. Miller*
Geoffrey R. Miller